## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN District of Texas

Case Number: 320CV3355

Plaintiff:
DAN CALLISTER
vs.
Defendant:
SPECK ENTERPRISES, INC.


FWT2020002776

For: Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC

Received by Alliance Civil Process, Inc. on the 11th day of November, 2020 at 12:47 pm to be served on SPECK ENTERPRISES, INC. BY DELIVERING TO REGISTERED AGENT KENNY PETET, 1190 COUNTY ROAD 223, STEPHENVILLE, TX 76401. I, Michael Lousha, being duly sworn, depose and say that on the 21st day of November 2020 at 9:00 p.m., executed service by delivering a true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT in accordance with state statutes in the manner marked below:

[X] CORPORATE/BUSINESS SERVICE: By delivering to:

Speck Enterprises, Inc.
(Company, Corporation, Agency)

Accepted by Kenny Petet as Registered Agent (Title)

at the address of 1190 CR 223, Stephenville, Tx. 76401

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. I have personal knowledge of the facts stated above and declare under penalty of perjury that each is true and correct.

Subscribed and Sworn to before me on the 24th day of November, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

JENNIFER MAE LOUSHA
My Notary ID # 130156775
Expires March 17, 2023

PROCESS SERVER # 14410  exp 3/31/2022
Appointed in accordance with State Statutes

Alliance Civil Process, Inc.
136 W. McLeroy Blvd., Ste. A
Saginaw, TX 76179
(817) 306-4150

Our Job Serial Number: 2020002776

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

$75.-